

**FILED**

**NOV 15 2022**

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:_____ Deputy Clerk

## United States Bankruptcy Court
## Central District of California
## Northern Division at Santa Barbara
District/off: 0973-9

In re:  JOHN K REED,

Debtor,

_____

john kenneth: reed, acting through
John Kenneth Reed, "Natural Person,"
*sui generis, sui juris*, Equity Interest Holder:
John K Reed aka REED, JOHN KENNETH,

 Claimants,

vs.

Debtor, Surety: Social Security Administration
Account: XXX-XX-3460 is the Individual Surety
(vital record derived), the property of the **United
States Social Security Administration**, Office of
the Commissioner; **Kilolo Kijakazi acting
through KIKOLO KIJAKAZI**, an Individual;
**Office of the General Counsel "OGC,"** Region
IX, **Peter K. Thompson** (Acting); Office of Chief
Executive Officer, Governor **STATE OF
CALIFORNIA; Office of the California
Attorney General; Robert Andres Bonta acting
through ROB BONTA,** doing business as **Bonta,
Robert Andres #202668; STATE OF
CALIFORNIA,** operating through **"JOHN
KENNETH REED, Estate,"** a commercial trade
and tax franchise; **Gavin Newsom acting
through GAVIN NEWSOM, an Individual;
"STATE OF CALIFORNIA, JOHN KENNETH
REED, Estate."; "JOHN K REED, AN
UNMARRIED MAN," "JOHN K REED,"**

Case No. **9:22-bk-10552-RC**
Petition Filed:
Assigned:  Hon. Ronald Clifford III
*Local Bankruptcy Rule 9004-1.*

Adversary Proceeding No._____

## CLAIM FOR RELIEF:
*Federal Rules of Civil Procedure, Rule 8, 14, 18, 19*
1.   **Equitable Subrogation**
   *11 U.S.C. §509; F.R.C.P., Rule 18*
   *Uniform Commercial Code Article 5, §5-117*
2.   **Request for Accounting,
   Request Regarding Collateral
   List and Statement of Account**
   *Uniform Commercial Code Article 9, §9-210*
3.   **Breach of Fiduciary Duty**
4.   **Breach of Contract**
5.   **Release of Collateral from Lien**
6.   **Injunctive Relief – Stay and
   Permanent Cancellation of Sale**
   *Federal Rules of Bankruptcy Procedure, Rule 7001(7)*
7.   **Order to Pay Transfer Taxes**
8.   **Return of Financial Assets**
9.   **Recoupment**
   *Uniform Commercial Code Article 3, §3-305*
   *Uniform Commercial Code Article 9, §9-340*
10. **Declaratory Relief**
      a. **IRS Voucher No.**
      b. **Plan Payments**
        *31 U.S.C. §3713; 31 U.S.C. 9303*
        *F.R.B.P., Rule 7001(8),(9).*

Jury Trial Demand.
Local Bankruptcy Rule 7001, et seq.

"JOHN REED," "JK REED."; Elizabeth F.
Rojas acting through ELIZABETH F. ROJAS,
an Individual;  Peter C. Anderson acting
through PETER C. ANDERSON an Individual;
Office the United States Trustee, Region 16;
Office of the Chapter 13 Trustee Northern
Division Region 16; Elizabeth F. Rojas acting
through ELIZABETH F ROJAS, an Individual;
Justin Crowley acting through JUSTIN
CROWLEY, an Individual; Office of the Chief
Financial Officer SELECT PORTFOLIO
SERVICING, INC.; Melissa A. Rosal acting
through MELISSA A ROSAL, an Individual;
Office of the Vice-President, U.S. BANK
TRUST NATIONAL ASSOCIATION, EIN: 41-
1973763; Katie Marcon acting through KATIE
MARCON, an Individual;  Office of Senior Vice
President and Counsel, FIRSTKEY
HOLDINGS, LLC (National Mortgage Loan
Servicer, ID 357510);  David A. Essex acting
through DAVID A ESSEX, an Individual; Office
of the Member and Chief Financial Officer,
FIRSTKEY HOLDINGS, LLC; Melissa  A.
Rosal acting through MELISSA A ROSAL;
Office of the Trustee's Vice-President U.S.
BANK TRUST NATIONAL ASSOCIATION,
EIN: 41-1973763; TOWD POINT MASTER
FUNDING TRUST 2021 PM-1; FIRSTKEY
MASTER FUNDING 2021-A COLLATERAL
TRUST; Anthony Waddell acting through
Waddell Anthony doing business as ANTHONY
WADDELL, an Individual; Office of the
Partner Kelley Clarke, PLLC aka KELLEY
CLARKE, PLLC; Dugan P. Kelley acting
through DUGAN P KELLEY, an Individual;
Matthew M. Clarke acting through
MATTHEW M CLARKE, an Individual;
Steven W. Pite acting through STEVEN W
PITE, an Individual; Tammy Laird acting
through TAMMY LAIRD, an Individual;
Arianna L. Black acting through ARIANNA L
BLACK, an Individual; Office of the President
CLEAR RECON CORP.; Office of the
Treasurer CLEAR RECON CORP.; Jeffrey T.
Garrity acting through JEFFREY T GARRITY,

an Individual; Office of the President THE
ESCROW GROUP, INC.;  Office of Registered
National Mortgage Loan Service FIRSTKEY
Mortgage, LLC, ID 1732677, Head of Servicing
Oversight; Susan Marie Sinn acting through
SUSAN MARIE SINN, an Individual;  Office of
Managing Partner, ALDRIDGE | PITE, LLP;
Office of Manager STOX POSTING AND
PUBLISHING, LLC aka STOX POSTING &
PUBLISHING, LLC aka STOX , an Out of
state, California Secretary of State and
California Franchise Tax Board forfeited
limited liability company; Office of the
California Secretary of State; Spencer
McMullen acting through SPENCER
MCMULLEN, an Individual; Office of the
Chief Financial Officer, QUALITY
MORTGAGE GROUP;  Spencer McMullen
acting through SPENCER MCMULLEN, an
Individual;  Ron Lloyd acting through RON
LLOYD, an Individual; Office of the President
FIDELITY NATIONAL TITLE INSURANCE
COMPANY; Ron Lloyd acting through RON
LLOYD, an Individual; John J. Pinto acting
through JOHN J PINTO, an Individual;  Office
of the Chief Financial Officer NEW YORK
COMMUNITY BANK;  William Nunan acting
through BILL NUNAN, an Individual;  Office
of Chief Accounting Officer NYCB
MORTGAGE COMPANY, LLC;  William
Beckmann acting through BILL BECKMANN,
an Individual;  Office of Chief Executive Office
MERSCROP HOLDINGS, INC.; Office of
Chief Executive Office MERSCORP, INC.;
Chief Executive Office MORTGAGE
ELECTRONIC REGISTRATION SYSTEMS,
INC.;  Office of the Commissioner
DEPARTMENT OF THE TREASURY,
INTERNAL REVENUE SERVICE;  Joan
Hartmann acting through JOAN HARTMANN,
an Individual; Office of the Chair County
Board of Supervisors, Government of COUNTY
OF SANTA BARBARA; Joseph E. Holland
acting through JOSEPH E HOLLAND, an
Individual; Office of the Clerk – Recorder

**COUNTY OF SANTA BARBARA
CALIFORNIA; Rebecca Bjork acting through
REBECCA BJORK, an Individual; Office of
the City Administrator/Clerk/Treasurer CITY
OF SANTA BARBARA CALIFORNIA; DOES
1- 30, Inclusive,**

Respondent(s).

# I.
# Jurisdiction.

1.          Claimant herein, in compliance with Federal Rule of Civil Procedure, Rule
8(a) and Federal Rule of Bankruptcy Procedure, Rule 7008, alleges court jurisdiction
pursuant to Pub.L. 98-353, title I, section 104(a), July 10, 1984; and June 25, 1948 ch.
646, 62 Stat. 831; Public Law 95-598, title II, section 238(a), and all amendments,
additions and supplements to same.

2.          This an adversary "*core*," proceeding in which the Claimant seeks relief
as set forth below with specificity for Equitable Subrogation; Accounting, Collateral
List, Statement of Account; Breach of Fiduciary Duty; Breach of Contract; Release of
Collateral from Lien; Injunctive Relief – Stay and Permanent Cancellation of Sale;
Order to Pay Transfer Taxes; Return of Financial Assets; Recoupment; Declaratory
Relief pursuant to Pub.L. 98-353, title I, section 104(a), and amendments, additions
and supplements. [28 United States Code, section (b)(2)(A), (B), (C), (D), (E), (F),
(H), (I), (K), (L), (M), (N), (O), (P).

3.          Jury Trial Demanded.

# II.
# Preliminary Statement.

4.          john kenneth: reed, without loss of status, and in compliance with Title 18
U.S.C. sections 1341, 1342, Title 39 U.S.C. Section 3009, as an interested third party
acting through John Kenneth Reed, "Natural Person," *sui generis, sui juris, capitis
diminutio minima* intervening as Equity Interest Holder and Claimant, John K Reed

aka REED, JOHN KENNETH, *"Claimant,"* under oath, to the same degree and extent as sworn testimony in a *"court of law,"* stated to be of sound mind and competent, of the age of majority, but not schooled or learned in tax or bankruptcy law; bankruptcy, court or judicial procedure; hereby demand relief to prevent a defective procedural forfeiture of equity.

5.    Claimant, in good faith, with intent, and informed and believed, to be fully compliant with all governing and applicable UNITED STATES tax requirements, UNITED STATES monetary policy and UNITED STATES bankruptcy (both administrative and judicial) requirements, demands the *"savings to the suitor"* equity relief in equity, in the bankruptcy-related tax administration, and this mandatory counter-claim styled adversary proceeding in effect a tax administration.

## III.
## THE PARTIES.

6.    NOW Claimant, the undersigned, to make a short and plain statement of factual claim, setting forth entitlement to, and demand for the relief sought herein.

7.    Claimant makes demand and names the following Respondents, acting through the agents, agency offices as indicated, with the principal place of business or service of process office as, as follows:

a.    Debtor, Surety: **UNITED STATES SOCIAL SECURITY ADMINISTRATION** Account: **XXX-XX-3460** is the Individual Surety (vital-record derived), the property of the **UNITED STATES SOCIAL SECURITY ADMINISTRATION**, an administrative agency of the Executive Branch of the **UNITED STATES**, a municipal corporation, through Office of the Commissioner, Attn: Kilolo Kijakazi acting through **KIKOLO KIJAKAZI**. Service of Process, Office of the General Counsel "OGC," Region IX, Attn: Peter K. Thompson (Acting), Social Security Administration, 160 Spear Street, Suite 800, San Francisco, California. ["94104-1545"].

b.      Office of Chief Executive Officer, Governor, **California State, a republic** doing business as **STATE OF CALIFORNIA**, a municipal corporation admitted to the Union of the United States, September 9, 1950; 444 North Capitol Street North West, #134, Washington District of Columbia ["20001"].; 1021 O Street, Suite 9000, Sacramento, California ["95814"].  Service of Process, Office of the California Attorney General, Attn:  Robert Andres Bonta acting through **ROB BONTA, doing business as Bonta, Robert Andres #202668**, 1300 I Street, Sacramento, California. ["95814"].  The STATE OF CALIFORNIA, a operates through "**JOHN KENNETH REED, Estate**," as a commercial trade and tax franchise.

c.      Gavin Newsom acting through **GAVIN NEWSOM**, an Individual. Business Office:  C/O 1021 O Street, Suite 9000, Sacramento, California ["95814"], is an elected public trust fiduciary to **John Kenneth Reed**, and "**STATE OF CALIFORNIA, JOHN KENNETH REED, Estate**."

d.      **STATE OF CALIFORNIA, JOHN KENNETH REED, Estate,** Office of the Director, Attn:  Tomás J. Aragón, M.D., Dr. P.H., **California State, a republic** doing business as **STATE OF CALIFORNIA**, a municipal corporation admitted to the Union of the United States, September 9, 1950; 444 North Capitol Street North West, #134, Washington District of Columbia ["20001"]., **Department of Public Health**, 1615 Capitol Avenue, Sacramento, California.  ["95814"]. Trade Names: "**JOHN K  REED, AN UNMARRIED MAN**," "**JOHN K REED**," "**JOHN REED**," "**JK REED**." **California State, a republic** doing business as **STATE OF CALIFORNIA**, a municipal corporation admitted to the Union of the United States, September 9, 1950; 444 North Capitol Street North West, #134, Washington District of Columbia ["20001"]., operates through "**JOHN KENNETH REED**," and derivative trade names and street names, as a commercial trade and tax franchise.

d.      Elizabeth F. Rojas acting through **ELIZABETH F. ROJAS**, an

Individual. Business Office: C/O Valley Executive Center, 15260 Ventura Boulevard., Suite 710, Sherman Oaks, California ["91403-5342"].

e.      Peter C. Anderson acting through **PETER C. ANDERSON** an Individual. Office the **UNITED STATES** Trustee, Region 16, **UNITED STATES DEPARTMENT OF JUSTICE**, a policy enforcement administrative agency of the Executive Branch of the **UNITED STATES**, a municipal corporation, 915 Wilshire Boulevard, Suite 1850, Los Angeles, California ["90007"].

f.      Office of **United States Trustee, Region 16**; Office of the Chapter 13 Trustee Northern Division Region 16, Attn: Peter C. Anderson, Elizabeth F. Rojas, appointed designee, (Elizabeth (ND) F Rojas (TR)), Valley Executive Center, 15260 Ventura Boulevard., Suite 710, Sherman Oaks, California ["91403-5342"].

g.      Justin Crowley acting through **JUSTIN CROWLEY**, an Individual. Business Office: C/O 3217 South Decker Lake, Salt Lake City, Utah ["84119"].

h.      Office of the Chief Financial Officer **SELECT PORTFOLIO SERVICING, INC.**, **Utah territory** doing business as the **STATE OF UTAH**, admitted to the Union of the United States in January 4, 1896, 444 North Capitol Street North West, #388, Washington, District of Columbia ["20001"].; Attn: Justin Crowley, 3217 South Decker Lake, Salt Lake City, Utah ["84119"].

i.      Melissa A. Rosal acting through **MELISSA A ROSAL**, an Individual. Business Office: C/O 1011 Centre Road, Wilmington, Delaware ["19805"].

j.      Office of the Vice-President, Attn: Melissa A. Rosal, **U.S. BANK TRUST NATIONAL ASSOCIATION**, a corporation registered in the **Delaware colony** doing business as the **STATE OF DELAWARE**, admitted to the Union as the first state of the **UNITED STATES** in December 7, 1787, 444 North Capitol Street North West, #230, Washington, District of Columbia ["20001"].; as a chartered national bank trust association, FEIN: **41-1973763**; 1101 Centre Road, Wilmington, Delaware

["19805"].

k.    Katie Marcon acting through **KATIE MARCON**, an Individual. Business Office: C/O 900 4rd Avenue, Suite 500, New York, New York ["10022-3055"].

l.    Office of Senior Vice President and Counsel, Attn:  Katie Marcon, **FIRSTKEY HOLDINGS, LLC** (National Mortgage Loan Servicer, ID 357510), as a chartered corporation registered in the **New York colony** doing business as the **STATE OF NEW YORK**, admitted to the Union as the eleventh state of the **UNITED STATES** in July 26, 1788, 444 North Capitol Street North West, #301, Washington, District of Columbia ["20001"].;  900 4rd Avenue, Suite 500, New York, New York ["10022-3055"].

m.    David A. Essex acting through **DAVID A ESSEX**, an Individual, an Individual. Business Office:  C/O 900 4rd Avenue, Suite 500, New York, New York ["10022-3055"].

n.    Office of the Member and Chief Financial Officer, Attn:  David A. Essex, **FIRSTKEY HOLDINGS, LLC**, as a chartered corporation registered in the **New York colony** doing business as the **STATE OF NEW YORK**, admitted to the Union as the eleventh state of the **UNITED STATES** in July 26, 1788, 444 North Capitol Street North West, #301, Washington, District of Columbia ["20001"].;900 4rd Avenue, Suite 500, New York, New York ["10022-3055"].

o.    Office of the Trustee's Vice-President, Attn:  Melissa  A. Rosal, **U.S. BANK TRUST NATIONAL ASSOCIATION**, FEIN: **41-1973763**. 1011 Centre Road, Suite 203 Wilmington, Delaware ["19805"], Collateral Trust Trustee to **TOWD POINT MASTER FUNDING TRUST 2021 PM-1**, 1011 Centre Road, Suite 203 Wilmington, Delaware ["19805"].

p.    Office of the Trustee's Vice-President, Attn:  Melissa  A. Rosal, **U.S. BANK TRUST NATIONAL ASSOCIATION**, FEIN: **41-1973763**. 1011 Centre Road,

Suite 203 Wilmington, Delaware ["19805"], Collateral Trust Trustee to **FIRSTKEY MASTER FUNDING 2021-A COLLATERAL TRUST**, 1011 Centre Road, Suite 203 Wilmington, Delaware ["19805"].

q.   Anthony Waddell acting through **Waddell Anthony** doing business as **ANTHONY WADDELL**, an Individual, Business Office:  7 West Figueroa Street, Suite 300, Santa Barbara, California ["93101-3189"].

r.   Office of the Partner Kelley Clarke, PLLC aka **KELLEY CLARKE, PLLC**, as a registered professional limited liability company/corporation, in **California State, a republic** doing business as the **STATE OF CALIFORNIA**, a municipal corporation admitted to the Union of the **UNITED STATES**, September 9, 1950; 444 North Capitol Street North West, #134, Washington District of Columbia ["20001"]., Attn:  Dugan P. Kelley acting through **DUGAN P KELLEY**, an Individual, 7 West Figueroa Street, Suite 300, Santa Barbara, California ["93101-3189"].

s.   Dugan P. Kelley acting through **DUGAN P KELLEY**, an Individual. Business Office:  7 West Figueroa Street, Suite 300, Santa Barbara, California ["93101-3189"].

t.   Matthew M. Clarke acting through **MATTHEW M CLARKE**, an Individual.  Business Office:  7 West Figueroa Street, Suite 300, Santa Barbara, California ["93101-3189"].

u.   Steven W. Pite acting through **STEVEN W PITE**.  Business Office: 4375 Jutland Drive, Suite 200, San Diego, California ["92117"].

v.   Tammy Laird acting through **TAMMY LAIRD**, an Individual. Business Office:  4375 Jutland Drive, Suite 200, San Diego, California ["92117"].

w.   Arianna L. Black acting through **ARIANNA L BLACK**, an Individual. Business Office:  4375 Jutland Drive, Suite 200, San Diego, California ["92117"].

x.    Office of the President **CLEAR RECON CORP**, as a registered corporation, in **California State, a republic** doing business as the **STATE OF CALIFORNIA**, a municipal corporation admitted to the Union of the **UNITED STATES**, September 9, 1950; 444 North Capitol Street North West, #134, Washington District of Columbia ["20001"]., Attn: Steven W. Pite acting through **STEVEN W PITE**, 4375 Jutland Drive, Suite 200, San Diego, California ["92117"].

y.    Office of the Treasurer **CLEAR RECON CORP.,** Attn: Arianna L. Black acting through **ARIANNA L BLACK**, an Individual, 4375 Jutland Drive, Suite 200, San Diego, California ["92117"].

z.    Jeffrey T. Garrity acting through **JEFFREY T GARRITY**, an Individual.  Business Office:  4375 Jutland Drive, Suite 210, San Diego California. ["92117"].

aa.    Office of the President **THE ESCROW GROUP, INC.**, as a registered corporation, in **California State, a republic** doing business as the **STATE OF CALIFORNIA**, a municipal corporation admitted to the Union of the **UNITED STATES**, September 9, 1950; 444 North Capitol Street North West, #134, Washington District of Columbia ["20001"]., Attn: Jeffrey T. Garrity acting through **JEFFREY T GARRITY**, an Individual, 4375 Jutland Drive, Suite 210, San Diego California. ["92117"].

bb.    Office of Registered National Mortgage Loan Service **FIRSTKEY Mortgage, LLC**, ID 1732677, as a chartered limited liability company, registered in the **New York colony** doing business as the **STATE OF NEW YORK**, admitted to the Union as the eleventh state of the **UNITED STATES** in July 26, 1788, 444 North Capitol Street North West, #301, Washington, District of Columbia ["20001"]., Head of Servicing Oversight, Attn:  Susan Marie Sinn acting through **SUSAN MARIE SINN**, an Individual.  Business Office:

cc.    Office of Managing Partner, **ALDRIDGE | PITE, LLP** Attn: Steven W. Pite acting through **STEVEN W PITE**.  Business Office: 4375 Jutland Drive, Suite 200, San Diego, California ["92117"].

ee.    **Desiree Miley acting through DESIREE MILEY, an Individual**. Business Office:  4685 Hillside Drive, Provo, Utah ["84604"].

dd.    Office of Manager **STOX POSTING AND PUBLISHING, LLC** aka **STOX POSTING & PUBLISHING, LLC** aka **STOX**, Attn: **Desiree Miley acting through DESIREE MILEY, an Individual**, as a registered corporation, in **Utah territory** doing business as the **STATE OF UTAH**, admitted to the Union of the United States in January 4, 1896, 444 North Capitol Street North West, #388, Washington, District of Columbia ["20001"]., 4685 Hillside Drive, Provo, Utah ["84604"].; and with a principal place of business as a registered corporation, in **California State, a republic** doing business as the **STATE OF CALIFORNIA**, a municipal corporation admitted to the Union of the **UNITED STATES**, September 9, 1950; 444 North Capitol Street North West, #134, Washington District of Columbia ["20001"]., a California Secretary of State and California Franchise Tax Board forfeited limited liability company, Office of the California Secretary of State, Attn: Shirley  N. Weber acting through **SHIRLEY N WEBER**, Ph.D., 1500 11th Street, Sacramento, California ["95814"].

ff.    Spencer McMullen acting through **SPENCER MCMULLEN**, an Individual.  Business Office:  33 West Micheltorena Street, Santa Barbara, California ["94806"].

gg.    Office of the Chief Financial Officer Attn:  Spencer McMullen acting through **SPENCER MCMULLEN**, an Individual, **QUALITY MORTGAGE GROUP**, a chartered corporation registered in **California State**, a republic doing business as the **STATE OF CALIFORNIA**, a municipal corporation admitted to the Union of the UNITED STATES, September 9, 1950; 444 North Capitol Street North West, #134,

Washington District of Columbia ["20001"].; 33 West Micheltorena Street, Santa Barbara, California ["94806"].

hh.    Ron Lloyd acting through **RON LLOYD**, an Individual.  Business Office: 3700 State Street, Suite 100, Santa Barbara, California ["93105"].

ii.    Office of the President **FIDELITY NATIONAL TITLE INSURANCE COMPANY**, a chartered licensed insurance corporation registered in **California State**, **a republic** doing business as the **STATE OF CALIFORNIA**, a municipal corporation admitted to the Union of the UNITED STATES, September 9, 1950; 444 North Capitol Street North West, #134, Washington District of Columbia ["20001"].; Attn: Ron Lloyd acting through **RON LLOYD**, an Individual, 3700 State Street, Suite 100, Santa Barbara, California ["93105"].

jj.    John J. Pinto acting through **JOHN J PINTO**, an Individual. Business Office:  102 Duffy Avenue, Hicksville, New York ["11801"].

kk.    Office of the Chief Financial Officer **NEW YORK COMMUNITY BANK**, as a chartered bank corporation registered in the **New York colony** doing business as the **STATE OF NEW YORK**, admitted to the Union as the eleventh state of the UNITED STATES in July 26, 1788, 444 North Capitol Street North West, #301, Washington, District of Columbia ["20001"].; Attn: John J. Pinto acting through **JOHN J PINTO**, an Individual, 102 Duffy Avenue, Hicksville, New York ["11801"].

ll.    William Nunan acting through **BILL NUNAN**, an Individual. Business Office:  1801 East 9th Street, Cleveland, Ohio ["44114"].

mm.    Office of Chief Accounting Officer **NYCB MORTGAGE COMPANY, LLC**, as a chartered limited liability company registered in the **Delaware colony** doing business as the **STATE OF DELAWARE**, admitted to the Union as the first state of the **UNITED STATES** in December 7, 1787, 444 North Capitol Street North West, #230, Washington, District of Columbia ["20001"].; with a principal office

and place of business in the **New York colony** doing business as the **STATE OF NEW YORK**, admitted to the Union as the eleventh state of the UNITED STATES in July 26, 1788, 444 North Capitol Street North West, #301, Washington, District of Columbia ["20001"]., Attn: William Nunan acting through **BILL NUNAN**, an Individual, 1801 East 9th Street, Cleveland, Ohio ["44114"].

     nn.   William Beckmann acting through **BILL BECKMANN**, an Individual.  Business Office:  1818 Library Street, Suite 300, Reston, Virginia ["20190"].

     oo.   Office of Chief Executive Officer **MERSCORP HOLDINGS, INC.**, a corporation registered in the **Virginia commonwealth colony** doing business as the **STATE OF VIRGINIA**, admitted to the Union as the tenth state of the **UNITED STATES** in June 25, 1788, 444 North Capitol Street North West, #214, Washington, District of Columbia ["20001"].; and with a principal office and place of business, Attn: William Beckmann acting through BILL BECKMANN, an Individual, 1818 Library Street, Suite 300, Reston, Virginia ["20190"].

     pp.   Office of Chief Executive Office **MERSCORP, INC.**, a corporation registered in the **Virginia commonwealth colony** doing business as the **STATE OF VIRGINIA**, admitted to the Union as the tenth state of the **UNITED STATES** in June 25, 1788, 444 North Capitol Street North West, #214, Washington, District of Columbia ["20001"].; and with a principal office and place of business, Attn:  William Beckmann acting through **BILL BECKMANN**, an Individual, 1818 Library Street, Suite 300, Reston, Virginia ["20190"].

     qq.   Chief Executive Office **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.**, a corporation registered in the **Virginia commonwealth colony** doing business as the **STATE OF VIRGINIA**, admitted to the Union as the tenth state of the **UNITED STATES** in June 25, 1788, 444 North Capitol

Street North West, #214, Washington, District of Columbia ["20001"].; and with a principal office and place of business, Attn: William Beckmann acting through **BILL BECKMANN**, an Individual, 1818 Library Street, Suite 300, Reston, Virginia ["20190"].

      rr.      Office of the Commissioner **DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE,** an administrative agency of the Executive Branch of the **UNITED STATES,** a municipal corporation, through Office of the the Secretary of the Treasury, Attn: **Janet Louise Yellen doing business as JANET L YELLEN**, an Individual, through Attn: Douglas O'Donnell acting through **DOUGLAS ODONNELL**, an Individual, successor to Charles P. Rettig acting through **CHARLES P RETTIG**, an Individual, 1111 Constitution Avenue, North East, Washington, District of Columbia. ["20224"].

      ss.      Joan Hartmann acting through **JOAN HARTMANN**, an Individual. Business Office: 105 East Anapamu Street, Room 407, Santa Barbara, California ["93101"].

      tt.      Office of the Chair County Board of Supervisors, Government of **COUNTY OF SANTA BARBARA,** a political subdivision of **California State**, a republic doing business as **STATE OF CALIFORNIA,** a municipal corporation admitted to the Union of the United States, September 9, 1950; 444 North Capitol Street North West, #134, Washington District of Columbia ["20001"].; Attn: Joan Hartmann acting through **JOAN HARTMANN**, an Individual, 105 East Anapamu Street, Room 407, Santa Barbara, California ["93101"].

      uu.      Joseph E. Holland acting through **JOSEPH E HOLLAND**, an Individual. Business Office: 105 East Anapamu Street, Room 407, Santa Barbara, California ["93101"].

      vv.      Office of the Clerk – Recorder **COUNTY OF SANTA BARBARA**

**CALIFORNIA**, a political subdivision of **California State**, a republic doing business as **STATE OF CALIFORNIA**, a municipal corporation admitted to the Union of the United States, September 9, 1950; 444 North Capitol Street North West, #134, Washington District of Columbia ["20001"].; by Joseph E. Holland acting through **JOSEPH E HOLLAND**, an Individual, 105 East Anapamu Street, Room 407, Santa Barbara, California ["93101"].

ww.    Rebecca Bjork acting through **REBECCA BJORK**, an Individual. Business Office:  735 Anacapa Street, Santa Barbara, California ["93101"].

xx.    Office of the City Administrator/Clerk/Treasurer **CITY OF SANTA BARBARA CALIFORNIA**, a municipal corporation, independent, and within the political subdivision of **California State**, a republic doing business as **STATE OF CALIFORNIA**, a municipal corporation admitted to the Union of the United States, September 9, 1950; 444 North Capitol Street North West, #134, Washington District of Columbia ["20001"]., through Attn: Rebecca Bjork acting through **REBECCA BJORK**, an Individual, 735 Anacapa Street, Santa Barbara, California ["93101"].

8.    **DOES 1 through 30, Inclusive**.  Claimant is currently ignorant of the true names and capacities, whether individual, corporate, associate, or otherwise, of the Defendants sued herein under the fictitious names **DOES 1 through 30, Inclusive**, and therefore prosecute the within claims against Defendants by such fictitious names.

9.    Claimant will seek leave to amend this complaint to allege the true names and capacities of said fictitiously named Defendants when their true names and capacities have been ascertained.

10.    Claimant is informed and believes and thereon alleges that each of the fictitiously named Defendants is legally responsible in some manner for the events and occurrences alleged herein, and for the damages suffered by the Claimant.

11.    Claimant is informed and believes and thereon alleges that all Defendants,

including the fictitious Doe Defendants, were at all relevant times acting as actual agents, conspirators, ostensible agents, alter egos, partners and/or joint venturers and/or employees of all other Defendants, and that all acts alleged herein occurred within the course and scope of said agency, employment, partnership, and joint venture, conspiracy or enterprise, and with the express and/or implied permission, knowledge, consent authorization and ratification of their co-Defendant; however, each of these allegations are deemed "*alternative*" theories whenever not doing so would result in a contradiction with other allegations.

## IV.
## Claim For Damages
### *Background Facts*

12.    This is a adversary proceeding, in civil, for misconduct related to the origination and servicing of a single family residential mortgage, as an after purchase refinancing, based upon Article 5 of the Uniform Commercial Code, "*UCC*," and herein, set forth under oath, are the ultimate facts of the within claim,

13.    On December 1, 2005, Claimant, as "*Applicant*," issued a "*Letter of Credit.*"

14.    Quality Mortgage Group "**Quality**,"  pursuant to UCC Article 5, acted as Loan Originator, "*Issuer*," and immediately transferred the instruments to the "*Nominated Person*," OHIO SAVINGS BANK, a fsb, a subsidiary bank of New York Community Bank doing business as [Trademarked] "**AmTrust Bank, a division of OHIO SAVINGS BANK**."

15.    Quality, as nominee for, obtained the tax reportable "*Gift*" transfer in the name of Claimant.

16.    Quality retained the transfer in the name of, and to credit of Claimant, as a "*Generation-Skipping*" transfer.

17.    A second transfer, "*Table Funding*," was completed at the close of escrow,

[funded December 6, 2005].

18.    Quality treated the issue instruments as Article 8 financial assets, depositing the Note, and selling the servicing rights, after transfer to Mortgage Electronic Registration Systems, Inc., "**MERS**."

19.    Quality failed to provide any receipt for deposit of payment by or on behalf of Claimant and failed to report the original issue (discount), *i.e.*, the Adjustable Rate Note No. **5437426**, and the Deed of Trust, Santa Barbara county recorder Instrument No. **2005-0116183**, both with Mortgage Insurance Number, "**MIN**," **100162500054374260.**

20.    Title is insured by Fidelity National Title Insurance Company, "**Fidelity**," acting through its agent SELECT PORTFOLIO SERVICING, INC.; Jordan Marc Epstein acting through its Office of the President FIDELITY NATIONAL TITLE INSURANCE COMPANY, currently Ron Lloyd acting through RON LLOYD, an Individual, as Order Number: **220559**; Policy No.: **27-042-92-3500122;** Amount of Insurance: $ 999,990.00; Premium: **$ 1,250.00**.

21.    Title was never properly transferred, nor was the lien, *i.e.*, security instrument Deed of Trust, properly established, rendering the insured title defective from escrow close.

22.    Fidelity is in breach of the insurance contract to provide clear tittle pursuant to the provision of the title policy.  with the exec

23.    MERS caused bifurcation of the Note from the Deed of Trust

24.    The bifurcation rendered the Note an unsecured evidence of indebtedness, and the Deed of Trust a naked lien.

25.    MERS, and other Respondents[1] have caused accrued tax reportable, successive "*Generation-Skipping Transfers*," without attendant completion and filing of

---

1   As used in this Claim, the term "RESPONDENTS," refers, collectively to each named Respondent, whether an Individual, and Office or the named entity and to include any unknown, but liable, "DOE," parties.

transfer(ee) tax returns, tax computation.

26.     Respondents are "**Foreclosure Respondents**," as tax liable transferees have improperly claimed Claimant has abandoned available tax credits, tax exemption and tax exclusions.

27.     Claimant committed multiple acts of bankruptcy pursuant to the monetary policy of the UNITED STATES.

28.     Claimant has transferred the subject financial Assets to a fiduciary, pursuant to Pub. L. 97-258.

29.     Claimant has tendered the underlying debt secured by the naked lien Deed of Trust.

30.     Foreclosure Respondents acknowledge that the public declaration of insolvency by

31.     Foreclosure Respondents are in contractual breach, trust breach which violate the fiduciary obligations owed to Claimant and the "**United States Treasury**."

32.     Foreclosure Respondents holding the equity and credit of Claimant, rightfully to be returned to the United States Treasury, after tax computation, are in possession of contraband.

33.     Foreclosure Respondents are non-compliant transferees in multiple accrued tax liable transfers.

34.     Foreclosure Respondents administrative nonjudicial foreclosure attempt is to obtain a tax forfeiture and treat Claimant as a tax fugitive.

35.     Claimant tax-compliant, or in process, seeks protection to avoid the non-judicial, tax forfeiture proceedings, based on erroneous presumptive default by Claimant, in disregard of the monetary and tax policy of the UNITED STATES.

36.     Claimant herein reserves the right to identify and amend this Claim to name any discovered "**DOE**," parties participating in and liable for the injuries and damages

complained of herein.

37.     Such misconduct of multiple, undisclosed and serial assignments of the naked lien Deed of Trust where the underlying obligation is without attendant and necessary debt to be secured, premature and unauthorized foreclosures, violation of Claimant's equitable interest, rights and protections, use of false and deceptive affidavits and other documents, unfair and deceptive debt collection practices, and transfer tax evasion, false claim of Claimant's equity abandonment, and waste and abuse of taxpayer funds.

38.     Each of the allegations regarding Defendants contained herein applies to instances in which one or more, and in some cases all, of the Defendants engaged in the conduct alleged or were required, by reason of the public trust and the fiduciary duties attendant thereto.

**V.**
**Claim For Damages**
**1. First Cause**
***Equitable Subrogation***
*11 U.S.C. §509; Uniform Commercial Code Article 5, §5-117*

42.     Debtor, Surety: Social Security Administration Account: XXX-XX-3460 is the Individual Surety account in the name of the Debtor, operated through the Social Security Administration, Office of the Commissioner, Acting, Attn:  Kilolo Kijakazi; Office of Chief Executive Officer, Governor STATE OF CALIFORNIA;   Gavin Newsom acting through GAVIN NEWSOM, an Individual; STATE OF CALIFORNIA Estate, JOHN KENNETH REED; Trade Names: JOHN K  REED, AN UNMARRIED MAN; JOHN K REED; Elizabeth F. Rojas acting through ELIZABETH F. ROJAS, an Individual;  Peter C. Anderson acting through PETER C. ANDERSON an Individual; Office of United States Trustee, Region 16; Office of the Chapter 13 Trustee Northern Division Region 16; Justin Crowley acting through JUSTIN CROWLEY, an Individual; Office of the Chief Financial Officer SELECT PORTFOLIO SERVICING, INC.; U.S.

BANK TRUST NATIONAL ASSOCIATION, EIN: 41-1973763; Office of Registered National Mortgage Loan Servicer, ID 1732677; Susan Marie Sinn acting through SUSAN MARIE SINN, an Individual; Office of Registered National Mortgage Loan Servicer, ID 1633104 SELECT PORTFOLIO SERVICING, INC.; Jordan Marc Epstein acting through JORDAN MARC EPSTEIN, an Individual; Office of Chief Financial Officer FIRSTKEY HOLDINGS, LLC, National Mortgage Loan Servicer, ID 357510; David A. Essex acting through DAVID A ESSEX, an Individual; FIRSTKEY MORTGAGE, LLC; FIRSTKEY MASTER HOLDINGS INC.; FIRSTKEY LENDING, LLC;  TOWD POINT MASTER FUNDING TRUST 2021 PM-1; Office of the Executive Director FIRSTKEY MASTER FUNDING 2021-A COLLATERAL TRUST; RMBS REO HOLDINGS, LLC; Anthony Waddell acting through Waddell Anthony dba ANTHONY WADDELL, an Individual; Office of the President CLEAR RECON CORP; Tammy Laird acting through TAMMY LAIRD, an Individual; Steven W. Pite acting through STEVEN W PITE, an Individual; Arianna L. Black acting through ARIANNA L BLACK, an Individual; Office of the Treasurer CLEAR RECON CORP.; Jeffrey T. Garrity acting through JEFFREY T GARRITY, an Individual; Office of the President THE ESCROW GROUP, INC.; Office of Director U.S. BANK TRUST NATIONAL ASSOCIATION; Alex Neave acting through ALEX NEAVE, an Individual; ALDRIDGE | PITE, LLP; Office of Manager STOX POSTING AND PUBLISHING, LLC aka STOX POSTING & PUBLISHING, LLC aka STOX acting through Office of the California Secretary of State; Desiree Miley acting through DESIREE MILEY, an Individual; Office of the President FIDELITY NATIONAL TITLE INSURANCE COMPANY; Ron Lloyd acting through RON LLOYD, an Individual; Office of the Partner Kelley Clarke, PLLC aka KELLEY CLARKE, PLLC; Dugan P. Kelley acting through DUGAN P KELLEY, an Individual;  Matthew M. Clarke acting through MATTHEW M CLARKE, an Individual;  Anthony Waddell acting through ANTHONY

WADDELL, an Individual;    Office of the Chief Financial Officer NEW YORK
COMMUNITY BANK; John J. Pinto acting through JOHN J PINTO, an Individual;
Office of Chief Accounting Officer NYCB MORTGAGE COMPANY, LLC; William
Nunan acting through BILL NUNAN; Office of Chief Executive Office MERSCROP
HOLDINGS, INC.; Office of Chief Executive Office MERSCORP, INC.; Chief
Executive Office MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.;
William Beckmann acting through BILL BECKMANN, an Individual; Office of the
Commissioner DEPARTMENT OF THE TREASURY, INTERNAL REVENUE
SERVICE; Charles P. Rettig acting through CHARLES P RETTIG, an Individual; Office
of the Chair County Board of Supervisors, Government of COUNTY OF SANTA
BARBARA; Joan Hartmann acting through JOAN HARTMANN, an Individual; Office
of the Clerk – Recorder COUNTY OF SANTA BARBARA CALIFORNIA; Joseph E.
Holland acting through JOSEPH E HOLLAND, an Individual; Office of the City
Administrator/Clerk/Treasurer CITY OF SANTA BARBARA CALIFORNIA; Rebecca
Bjork acting through REBECCA BJORK, an Individual; and Does 1- 30, inclusive,
Foreclosure Respondents.

43.    Claimant has provided Individual Surety, and bonded the underlying claim
for debt collection, to protect its own interest.

44.    Claimant is not acting as a volunteer but under duress and compulsion and
threat, including but not limited to forfeiture of equity interests.

45.    Claimant is not primarily liable for the debt, which is an obligation of the
United States by reason of 31 U.S.C. section 3713.

46.    Claimant has tendered ("transferred" or "paid"), the entire debt, thus seeks
subrogation in this case.

47.    Claimant, with equitable interest in the Municipal Corporation Address:
**"1611 OLIVE ST, SANTA BARBARA, CA 93101,"** *"Address,"* Santa Barbara county

tax identifier for Address Assessor's Parcel No: **027-202-013**.

48.     Claimant, has equitable interest in the following described Land associated with Address, to wit:  *"That portion of Block "E" of the Bates Addition to the City of Santa Barbara in the City of Santa Barbara, County of Santa Barbara, State of California, as par map recorded In Book 3, Page 18 of Maps and Surveys, in the office of the County Recorder of said County, described as follows: Beginning at a point In the Southwesterly line of Olive (formerly Canal) Street 100 feet Northwesterly from the east corner of said block, and running thence Northwesterly along said line of Olive Street 60 feet; thence at right angles and into sold block Southwesterly 286 feet; thence at right angles Southeasterly 60 feet; thence at right angles Northeasterly 286 feet to the point of beginning."*

49.     Claimant has *"Paid,"* to the Office of the Chapter 13 Trustee, Elizabeth F. Rojas acting through ELIZABETH F ROJAS, Amended Chapter 13 Plan cash (or cash equivalent pursuant to Title 31 U.S.C. 9303) payments, for the entirety of the proposed term of 60 (Sixty) months in the monthly sum of **$43,978.78. (Forty-Three Thousand Nine Hundred Seventy-Eight Dollars and Seventy-Eight Cents.) USD.**

50.     Additionally, Claimant has "Paid," to the Office of the Chapter 13 Trustee, Elizabeth F. Rojas acting through ELIZABETH F ROJAS, Amended Chapter 13 Plan cash (or cash equivalent pursuant to Title 31 U.S.C. 9303) one-time payment, for the entirety of the Amended Chapter 13 Plan Obligation in the sum of **$2,750,000.00. (Two Million Seven Hundred Fifty Thousand Dollars and Zero Cents.) USD.**

51.     This action seeks subrogation recovery of amounts paid to, and received by the Trustee, for the *"Creditor's"* claim in the amount of **$1,452,187.51. (One Million Four Hundred Fifty-Two Thousand One Hundred Eighty Seven Dollars and Fifty-One Cents.) USD**, filed by Defendants and their Attorneys Justin Crowley acting through JUSTIN CROWLEY, an Individual; Office of the Chief Financial

Officer SELECT PORTFOLIO SERVICING, INC.; U.S. BANK TRUST NATIONAL
ASSOCIATION, EIN: 41-1973763; Office of Registered National Mortgage Loan
Servicer, ID 1732677; Susan Marie Sinn acting through SUSAN MARIE SINN, an
Individual; Office of Registered National Mortgage Loan Servicer,  ID 1633104
SELECT PORTFOLIO SERVICING, INC.; Jordan Marc Epstein acting through
JORDAN MARC EPSTEIN, an Individual; Office of Chief Financial Officer
FIRSTKEY HOLDINGS, LLC, National Mortgage Loan Servicer, ID 357510; David
A. Essex acting through DAVID A ESSEX, an Individual; FIRSTKEY MORTGAGE,
LLC; FIRSTKEY MASTER HOLDINGS INC.; FIRSTKEY LENDING, LLC;
TOWD POINT MASTER FUNDING TRUST 2021 PM-1; Office of the Executive
Director FIRSTKEY MASTER FUNDING 2021-A COLLATERAL TRUST; RMBS
REO HOLDINGS, LLC; Anthony Waddell acting through Waddell Anthony dba
ANTHONY WADDELL, an Individual; Office of the President CLEAR RECON
CORP; Tammy Laird acting through TAMMY LAIRD, an Individual; ALDRIDGE |
PITE, LLP; Steven W. Pite acting through STEVEN W PITE, an Individual; Arianna
L. Black acting through ARIANNA L BLACK, an Individual; Office of the Treasurer
CLEAR RECON CORP.; Jeffrey T. Garrity acting through JEFFREY T GARRITY, an
Individual; Office of the President THE ESCROW GROUP, INC.; Office of Director
U.S. BANK TRUST NATIONAL ASSOCIATION; Alex Neave acting through ALEX
NEAVE, an Individual; Office of Manager STOX POSTING AND PUBLISHING,
LLC aka STOX POSTING & PUBLISHING, LLC aka STOX acting through Office of
the California Secretary of State; Desiree Miley acting through DESIREE MILEY, an
Individual.

## 2.  Second Cause
### *Request for Accounting,*
### *Request Regarding Collateral List and Statement of Account*
*Uniform Commercial Code Article 9, §9-210.*

\\\

52.     Prior to the commencement of this action Claimant demand Respondents render an accounting pursuant to the Uniform Commercial Code section 9-210, a material term of agreement forming the basis of the Creditor's claim.

a.     Provide a full, complete and accurate equitable accounting and Statement of Account. UCC 9-210.

b.     The original, unaltered, credit application from the "*Lender*," Quality Mortgage Loan Group, with the Table Lender OHIO SAVINGS AND LOAN.

c.     The original, unaltered wet ink "*Note*," that the "*Holder*" claimed as a liability instrument which evidences the source of credit or money loaned to the Transferor and not as an asset.

d.     The original documents, as required by tax law that prove the timely transfer of the "*Note*" and "*Mortgage*," " into any REIT or REMIC. Your Assignments of Mortgage, both without the required concurrent, or any transfer and delivery of the evidence of indebtedness (Note) by any Transferee, to include MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("*MERS*"), from the Original Transferee to the Trust at C/O the debt collector Select Portfolio Servicing, fails to qualify the Trust as a REMIC or REIT, or to support your claim as a "*Foreclosure Property*," forfeiture under tax law.

e.     A certified copy of the tax status election documents, and return, qualifying the Deed of Trust "*Mortgage*" supporting the foreclosure, and the tax exemption enjoyed by the investor REIT or REMIC.

f.     The name, responsible party, and contract information, including telephone number, fax number, email address of each tax liable Transferee of the chattel paper Financial Assets "*Note*" and "*Mortgage*," since transfer December 1, 2005.

g.     The name, responsible party, and contract information, including

telephone number, fax number, email and address of any past and current "*Investor*,"
and the investment contract including contact data and unique investor identifier.

h.    The source of investment funds, if not from the undersigned as an
"*Undisclosed Investor*." Failure to provide proof of the source of investment funds for
this transaction, originated with QUALITY MORTGAGE, OHIO SAVINGS BANK is
your agreement that the source of investment funds is the undersigned, an undisclosed
investor of proceeds in your investment contract.

i.    A certified copy of the 424b5, and all sell, purchase or other
transfer agreements, resulting from any transfers (assignments) of the instruments
Transferred by the December 1, 2005 Deed of Trust, to any person not a direct part of
the original December 1, 2005 agreement, contract, credit application, "*Note*," or
"*Mortgage*."

j.    A certified copy of any "*Investment Contract*," "*Pooling and
Servicing Agreement*."

k.    The original "*Note*," and "*Mortgage*," for inspection.

l.    Provide a full, complete and accurate equitable accounting and
Statement of Account. UCC 9-210.

m.    The original, unaltered, credit application from the "*Lender*,"
Quality Mortgage Loan Group, with the Table Lender OHIO SAVINGS AND LOAN.

n.    The original, unaltered wet ink "*Note*," that the "*Holder*" claimed
as a liability instrument which evidences the source of credit or money loaned to the
Transferor and not as an asset.

o.    The original documents, as required by tax law that prove the
timely transfer of the "*Note*" and "Deed of Trust," into any REIT or REMIC. Your
Assignments of Mortgage, both without the required concurrent, or any transfer and
delivery of the evidence of indebtedness (Note) by any Transferee, to include

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), from the Original Transferee to the Trust at C/O the debt collector Select Portfolio Servicing, fails to qualify the Trust as a REMIC or REIT, or to support your claim as a "*Foreclosure Property*," forfeiture under tax law.

   p. A certified copy of the tax status election documents, and return, qualifying the "*Mortgage*" supporting the foreclosure, and the tax exemption enjoyed by the investor REIT or REMIC.

   q. The name, responsible party, and contract information, including telephone number, fax number, email address of each tax liable Transferee of the chattel paper "*Note*" and "*Mortgage*," since transfer December 1, 2005.

   r. The name, responsible party, and contract information, including telephone number, fax number, email and address of any past and current "*Investor*," and the complete investment contract.

   s. The source of investment funds, if not from the undersigned as an "*Undisclosed Investor.*" Failure to provide proof of the source of investment funds for this transaction, originated with QUALITY MORTGAGE, OHIO SAVINGS BANK is your agreement that the source of investment funds is the undersigned, an undisclosed investor of proceeds in your investment contract.

   t. A certified copy of the 424b5, and all sell, purchase or other transfer agreements, resulting from any transfers (assignments) of the instruments Transferred by the December 1, 2005 Mortgage, to any person not a direct part of the original December 1, 2005 agreement, contract, credit application, "*Note*," or "*Mortgage*."

   u. A certified copy of any "*Investment Contract*," "*Pooling and Servicing Agreement*," "*Loan Transfer Agreement*."

   v. The original "*Note*," and "*Mortgage*," for inspection.

### 3. Third Cause
### *Breach of Fiduciary Duty*

53.     The Respondents, Debtor, Surety: Social Security Administration
Account: XXX-XX-3460; Office of Chief Executive Officer, Governor STATE OF
CALIFORNIA;  Gavin Newsom acting through GAVIN NEWSOM, an Individual;
STATE OF CALIFORNIA Estate, JOHN KENNETH REED; Trade Names: JOHN K
REED, AN UNMARRIED MAN; JOHN K REED; Elizabeth F. Rojas acting through
ELIZABETH F. ROJAS, an Individual;  Peter C. Anderson acting through PETER C.
ANDERSON an Individual; Office of United States Trustee, Region 16; Office of the
Chapter 13 Trustee Northern Division Region 16; Justin Crowley acting through
JUSTIN CROWLEY, an Individual; Office of the Chief Financial Officer SELECT
PORTFOLIO SERVICING, INC.; U.S. BANK TRUST NATIONAL ASSOCIATION,
EIN: 41-1973763; Office of Registered National Mortgage Loan Servicer, ID
1732677; Susan Marie Sinn acting through SUSAN MARIE SINN, an Individual;
Office of Registered National Mortgage Loan Servicer,  ID 1633104 SELECT
PORTFOLIO SERVICING, INC.; Jordan Marc Epstein acting through JORDAN
MARC EPSTEIN, an Individual; Office of Chief Financial Officer FIRSTKEY
HOLDINGS, LLC, National Mortgage Loan Servicer, ID 357510; David A. Essex
acting through DAVID A ESSEX, an Individual; FIRSTKEY MORTGAGE, LLC;
FIRSTKEY MASTER HOLDINGS INC.; FIRSTKEY LENDING, LLC;  TOWD
POINT MASTER FUNDING TRUST 2021 PM-1; Office of the Executive Director
FIRSTKEY MASTER FUNDING 2021-A COLLATERAL TRUST; RMBS REO
HOLDINGS, LLC; Anthony Waddell acting through Waddell Anthony dba
ANTHONY WADDELL, an Individual; Office of the President CLEAR RECON
CORP; Tammy Laird acting through TAMMY LAIRD, an Individual; Steven W. Pite
acting through STEVEN W PITE, an Individual; Arianna L. Black acting through
ARIANNA L BLACK, an Individual; Office of the Treasurer CLEAR RECON CORP.;

Jeffrey T. Garrity acting through JEFFREY T GARRITY, an Individual; Office of the
President THE ESCROW GROUP, INC.; Office of Director U.S. BANK TRUST
NATIONAL ASSOCIATION; Alex Neave acting through ALEX NEAVE, an
Individual; ALDRIDGE | PITE, LLP; Office of Manager STOX POSTING AND
PUBLISHING, LLC aka STOX POSTING & PUBLISHING, LLC aka STOX acting
through Office of the California Secretary of State; Desiree Miley acting through
DESIREE MILEY, an Individual; Office of the President FIDELITY NATIONAL
TITLE INSURANCE COMPANY; Ron Lloyd acting through RON LLOYD, an
Individual; Office of the Partner Kelley Clarke, PLLC aka KELLEY CLARKE, PLLC;
Dugan P. Kelley acting through DUGAN P KELLEY, an Individual;  Matthew M.
Clarke acting through MATTHEW M CLARKE, an Individual;  Anthony Waddell
acting through ANTHONY WADDELL, an Individual;  Office of the Chief Financial
Officer NEW YORK COMMUNITY BANK; John J. Pinto acting through JOHN J
PINTO, an Individual; Office of Chief Accounting Officer NYCB MORTGAGE
COMPANY, LLC; William Nunan acting through BILL NUNAN; Office of Chief
Executive Office MERSCROP HOLDINGS, INC.; Office of Chief Executive Office
MERSCORP, INC.; Chief Executive Office MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.; William Beckmann acting through BILL
BECKMANN, an Individual; Office of the Commissioner DEPARTMENT OF THE
TREASURY, INTERNAL REVENUE SERVICE; Charles P. Rettig acting through
CHARLES P RETTIG, an Individual; Office of the Chair County Board of
Supervisors, Government of COUNTY OF SANTA BARBARA; Joan Hartmann
acting through JOAN HARTMANN, an Individual; Office of the Clerk – Recorder
COUNTY OF SANTA BARBARA CALIFORNIA; Joseph E. Holland acting through
JOSEPH E HOLLAND, an Individual; Office of the City Administrator / Clerk /
Treasurer CITY OF SANTA BARBARA CALIFORNIA; Rebecca Bjork acting

through REBECCA BJORK, an Individual, and Does 1- 30, inclusive, "Respondents,"
and each of them, were acting as fiduciary of Claimant.

54.    Respondents failed in the duty to comply with the prudent investor rule on
behalf of Claimant, with respect to claim of Respondents.

55.    Respondents have failed in the duty to keep and render accounts.

56.    Respondents have failed in the duty to reasonably exercise care and skill in
the taking, control and preservation of trust / estate property.  26 U.S.C. section 2652.

57.    Respondents have failed to preserve trust property and enforce trust / estate
claim.

58.    The breaches have resulted in failure of compliance by Respondents of the
financial, tax, commercial and public fiduciary duties contracted, assigned, transferred,
appointed and owed to Claimant.

59.    As a direct and proximate result of these breaches of fiduciary duties,
Claimant suffers damage, injury and loss in the effort to obtain an equitable discharge of
the public debt obligation, set-off, offset by recoupment of equity within the
Respondent's Proof of Claim, as a result of the Respondents breach of fiduciary duty to
facilitate discharge, acquittance and closure in the failure to comply with transfer and
other tax obligations required of a generation-skipping transferee, placing Claimant in
jeopardy of forfeiture loss.

60.    Respondent's breach of fiduciary duty caused the Respondent's damages in
the sum of not less than **$2,750,000.00. (Two Million Seven Hundred Fifty Thousand
Dollars and Zero Cents.) USD.**

### 4.    Fourth Cause
### *Breach of Contract*

61.    Claimant, by reason of completion and filing of Claimant's equitable claim
within Form OMB No. 0575-0158 and Form OMB No. 0570-0062 there exists between
the "Creditor," as Principal and it's predecessors, agents, successors and assigns, a

contract wherein identified as "*Depositor*," of instruments issued by Claimant, which form the basis of Creditor's Proof of Claim, namely the Adjustable Rate Note, "*Loan*," and the Deed of Trust, "*Mortgage*." An accurate and correct copy of the instruments which comprise the Contract, are attached hereto as Exhibit "A," and made a part hereof by this reference, incorporated fully as though set forth herein.

62.    Claimant has fully performed the Contract in accord with the monetary public policy of the United States, including report of Gift and Generation-Skipping Transfer Taxes and tender of all known outstanding tax liabilities to the STATE OF CALIFORNIA and the UNITED STATES, or there exist some justification to excuse performance.

63.    Respondents have failed to perform the terms and conditions of the Contract.

64.    Claimant suffers damage, injury and loss in the effort to obtain an equitable discharge of the public debt obligation, set-off, offset by recoupment of equity within the Respondent's Proof of Claim, as a result of the Respondents breach of contract which is necessary to facilitate discharge, acquittance and closure, and by failure to comply with transfer and other tax obligations required of a generation-skipping transferee, placing Claimant in jeopardy of forfeiture loss.

### 5.    Fifth Cause
### *Release of Collateral from Lien*

65.    Claimant, for the reason that the Deed of Trust secured debt is discharged under the public monetary policy and tax regulations and laws of the United States, demands release of collateral from the naked Deed of Trust Lien which has no legal debt or tax purpose, but serves as the instrument for continued and further trespass upon Claimant's Estate by any present and future assign.

### 6.    Sixth Cause
### *Injunctive Relief – Stay of Sale*

66.    For the protection of Claimant's Estate, Injunctive Relief by Stay of the Non-Judicial Foreclosure Sale is appropriate.

67.    The sale is only of the naked lien, where no underlying debt obligation exists, in fact an unfair and deceptive debt collection practice.

68.    The sale, currently calendared for auction on December 07, 2022 at 1:00 p.m., is set to be conducted as an *ultra* vires, thus illegal act, by Respondents Office of Manager STOX POSTING AND PUBLISHING, LLC aka STOX POSTING & PUBLISHING, LLC aka STOX acting through Office of the California Secretary of State; Desiree Miley acting through DESIREE MILEY, an Individual, where the entity not authorized to trade in the STATE OF CALIFORNIA, as reported by the California Franchise Tax Board and the Office of the California Secretary of State, Stox #**c**.

## 7.    Seventh Cause
### *Order to Pay Transfer Taxes*

69.    For the reason that Respondents, each, are a public trust fiduciary having directly or indirectly in receipt of Generation Skipping Transfers therefrom, or have committed trespassed, made usufruct use, engaged trade of such tax reportable and or liable transfer, or received or expect to receive value claimed as a gift from Claimant, operated through shell trusts, variously derived therefrom, YOU are each, hereby formally appointed as fiduciary to handle the matter alleged in the Non-Judicial Foreclosure Trustee Sale No. T.S. No. **018659-CA, Stox #4**, Foreclosure Respondents and in the prosecution of the Proof of Claim in the underlying Chapter 13 Bankruptcy Proceeding, Docket No. **9:22-bk-10552-RC**.

70.    Each Notice Concerning Fiduciary Relationship is duly delivered to the Regional Collection Advisory Group, Foreclosures, Department of the Treasury, Internal Revenue Service, reflecting that each fiduciary, individually, and in your agent capacity, appointing you as public trust fiduciaries in the collection and recovery of the delinquent unpaid Federal Estate, Gift (and Generation Skipping, "GST") Transfer

Taxes.

71.     You are ORDERED TO PAY TO THE DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE, the current delinquent United States Generation Skipping Transfer Taxes immediately upon receipt of this Order.

72.     PAYMENT OF COUNTY DOCUMENTARY TRANSFER TAXES DOES NOT AND CANNOT SATISFY YOUR LIABILITY FOR FEDERAL TRANSFER TAXES OWED TO THE DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE.

73.     Failure to pay, or administrative failure to facilitate immediate payment, by any and all assigned Public Trustees required to act, under bond and oath, to discharge the tax liability and release the estate collateral from lien for Transferee's unpaid tax liability, to include clerical or judicial public trust administrators, officers thereof, successors or assigns, requires the undersigned to file reports that, inter alia, the public trust administrators, hereto before mentioned, are in possession of contraband and have engaged conduct of the appearance of tax evasion. Any and all legal steps necessary will be taken to recover the taxes owed, forthwith to the Internal Revenue Service.

### Relief Order

1.     **First Cause**:  *Equitable Subrogation*. Recovery of amounts paid to, and received by the Trustee, for the "Creditor's" claim in the amount of **$1,452,187.51. (One Million Four Hundred Fifty-Two Thousand One Hundred Eighty Seven Dollars and Fifty-One Cents.)** and in both 60 (sixty) monthly payments of **$43,978.78. (Forty-Three Thousand Nine Hundred Seventy-Eight Dollars and Seventy-Eight Cents.) USD.**, and as one single payment of **$2,750,000.00. (Two Million Seven Hundred Fifty Thousand Dollars and Zero Cents.) USD.**, as subrogation Damages and injury suffered as a direct and proximate result of the amounts paid for the Creditor's Claim.

2.     **Second Cause**:  *Request for Accounting, Request Regarding Collateral*

***List and Statement of Account.***  Creditor(s) to provide:

a.     Provide a full, complete and accurate equitable accounting and Statement of Account. UCC 9-210.

b.     The original, unaltered, credit application from the "Lender," Quality Mortgage Loan Group, with the Table Lender OHIO SAVINGS AND LOAN.

c.     The original, unaltered wet ink "Note," that the "Holder" claimed as a liability instrument which evidences the source of credit or money loaned to the Transferor and not as an asset.

d.     The original documents, as required by tax law that prove the timely transfer of the "Note" and "Mortgage," " into any REIT or REMIC. Your Assignments of Mortgage, both without the required concurrent, or any transfer and delivery of the evidence of indebtedness (Note) by any Transferee, to include MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), from the Original Transferee to the Trust at C/O the debt collector Select Portfolio Servicing, fails to qualify the Trust as a REMIC or REIT, or to support your claim as a "Foreclosure Property," forfeiture under tax law.

e.     A certified copy of the tax status election documents, and return, qualifying the Deed of Trust "Mortgage" supporting the foreclosure, and the tax exemption enjoyed by the investor REIT or REMIC.

f.     The name, responsible party, and contract information, including telephone number, fax number, email address of each tax liable Transferee of the chattel paper Financial Assets "Note" and "Mortgage," since transfer December 1, 2005.

g.     The name, responsible party, and contract information, including telephone number, fax number, email and address of any past and current "Investor," and the investment contract including contact data and unique investor identifier.

h.     The source of investment funds, if not from the undersigned as an

"Undisclosed Investor." Failure to provide proof of the source of investment funds for this transaction, originated with QUALITY MORTGAGE, OHIO SAVINGS BANK is your agreement that the source of investment funds is the undersigned, an undisclosed investor of proceeds in your investment contract.

      i.     A certified copy of the 424b5, and all sell, purchase or other transfer agreements, resulting from any transfers (assignments) of the instruments Transferred by the December 1, 2005 Deed of Trust, to any person not a direct part of the original December 1, 2005 agreement, contract, credit application, "Note," or "Mortgage."

      j.     A certified copy of any "Investment Contract," "Pooling and Servicing Agreement."

      k.     The original "Note," and "Mortgage," for inspection.

      l.     A full, complete and accurate equitable accounting and Statement of Account. UCC 9-210.

      m.     The original, unaltered, credit application from the "Lender," Quality Mortgage Loan Group, with the Table Lender OHIO SAVINGS AND LOAN.

      n.     The original, unaltered wet ink "Note," that the "Holder" claimed as a liability instrument which evidences the source of credit or money loaned to the Transferor and not as an asset.

      o.     The original documents, as required by tax law that prove the timely transfer of the "Note" and "Mortgage," into any REIT or REMIC. Your Assignments of Mortgage, both without the required concurrent, or any transfer and delivery of the evidence of indebtedness (Note) by any Transferee, to include MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), from the Original Transferee to the Trust at C/O the debt collector Select Portfolio Servicing, fails to qualify the Trust as a REMIC or REIT, or to support your claim as a "Foreclosure Property," forfeiture under tax law.

p.      A certified copy of the tax status election documents, and return, qualifying the "Mortgage" supporting the foreclosure, and the tax exemption enjoyed by the investor REIT or REMIC.

q.      One number, fax number, email address of each tax liable Transferee of the chattel paper "Note" and "Mortgage," since transfer December 1, 2005.

r.      The name, responsible party, and contract information, including telephone number, fax number, email and address of any past and current "Investor," and the complete investment contract.

s.      The source of investment funds, if not from the undersigned as an "Undisclosed Investor." Failure to provide proof of the source of investment funds for this transaction, originated with QUALITY MORTGAGE, OHIO SAVINGS BANK is your agreement that the source of investment funds is the undersigned, an undisclosed investor of proceeds in your investment contract.

t.      A certified copy of the 424b5, and all sell, purchase or other transfer agreements, resulting from any transfers (assignments) of the instruments Transferred by the December 1, 2005 Mortgage, to any person not a direct part of the original December 1, 2005 agreement, contract, credit application, "Note," or "Mortgage."

u.      A certified copy of any "Investment Contract," "Pooling and Servicing Agreement," "Loan Transfer Agreement."

v.      The original "Note," and "Mortgage," for inspection.

3.      **Third Cause**: ***Breach of Fiduciary Duty***

As a direct and proximate result of the breaches of fiduciary duties, Claimant suffers damage, injury and loss in the effort to obtain an equitable discharge of the public debt obligation, set-off, offset by recoupment of equity within the Respondent's Proof of Claim, as a result of the Respondents breach of fiduciary duty to facilitate discharge, acquittance and closure in the failure to comply with transfer and

other tax obligations required of a generation-skipping transferee, placing Claimant in jeopardy of forfeiture loss all to Claimant's damages in the sum of not less than **$2,750,000.00. (Two Million Seven Hundred Fifty Thousand Dollars and Zero Cents.) USD.**

4.    **Fourth Cause:** *Breach of Contract*

Claimant suffers damage, injury and loss in the effort to obtain an equitable discharge of the public debt obligation, set-off, offset by recoupment of equity within the Respondent Proof of Claim, as a direct and proximate result of the Respondents breach of contract Claimant has suffered injury and damages in a sum of not less than **$2,750,000.00. (Two Million Seven Hundred Fifty Thousand Dollars and Zero Cents.) USD.**

5.    **Fifth Cause:** *Release of Collateral from Lien*

Claimant, for the reason that the Deed of Trust secured debt is discharged under the public monetary policy and tax regulations and laws of the United States, demands release of collateral from the naked Deed of Trust Lien which has no legal debt or tax purpose, but serves as the instrument for continued and further trespass upon Claimant's Estate by any present and future assign.

6.    **Sixth Cause:** *Injunctive Relief – Stay of Sale*

For the protection of Claimant's Estate, Injunctive Relief by Stay of the Non-Judicial Foreclosure Sale, currently calendared for auction on December 07, 2022 at 1:00 p.m.

U.S. Bank Trust National Association, as collateral trust trustee for FIRSTKEY MASTER FUNDING 2021-A COLLATERAL is an unvalidated and unverified claim.

Proof of Claim, with an attached unauthenticated "copy" of a Note, endorsed as paid, contains no reference to U.S. Bank Trust National Association or Trust. It is not established as an allowable claim, being unconnected to the Note. Absent an Affidavit confessing possession, location and authentication of the original Note there is no proof submitted of enforcement rights.

7.    **Seventh Cause**: *Order to Pay Transfer Taxes*

That Respondents in receipt of Generation Skipping Transfers each are
ordered to pay any delinquent federal transfer taxes.

> john kenneth: reed, acting through,
> John Kenneth Reed, "Natural Person," *sui generis, sui juris,*
> Equity Interest Holder: John K Reed aka,
> REED, JOHN KENNETH REED, JOHN KENNETH,
> UCC 1-201(a)(37); 1-308; 3-402(b)(1); 8 USC 1101(a)(3); 17 USC 107; 28 USC 1746(1);
> C/O 315 Meigs Road, A403,
> Santa Barbara, California.

**Attached List**

*Respondents (Defendants).*

1. Debtor, Surety: Social Security Administration Account: XXX-XX-3460 is the Individual Surety (vital record derived), the property of the United States Social Security Administration, Office of the Commissioner;
2. Kilolo Kijakazi acting through KIKOLO KIJAKAZI, an Individual;
3. Office of the General Counsel "OGC," Region IX, Peter K. Thompson (Acting);
4. Office of Chief Executive Officer, Governor STATE OF CALIFORNIA;
5. Office of the California Attorney General;
6. Robert Andres Bonta acting through ROB BONTA, doing business as Bonta, Robert Andres #202668; STATE OF CALIFORNIA, operating through "JOHN KENNETH REED, Estate," a commercial trade and tax franchise;
7. Gavin Newsom acting through GAVIN NEWSOM, an Individual;
8. "STATE OF CALIFORNIA, JOHN KENNETH REED, Estate.";
9. "JOHN K REED, AN UNMARRIED MAN,"
10. "JOHN K REED,"
11. "JOHN REED,"
12. "JK REED.";
13. Elizabeth F. Rojas acting through ELIZABETH F. ROJAS, an Individual;
14. Peter C. Anderson acting through PETER C. ANDERSON an Individual;
15. Office the United States Trustee, Region 16;
16. Office of the Chapter 13 Trustee Northern Division Region 16;
16. Elizabeth F. Rojas acting through ELIZABETH F. ROJAS, an Individual;
17. Justin Crowley acting through JUSTIN CROWLEY, an Individual;
18. Office of the Chief Financial Officer SELECT PORTFOLIO SERVICING, INC.;
19. Melissa A. Rosal acting through MELISSA A ROSAL, an Individual;
20. Office of the Vice-President, U.S. BANK TRUST NATIONAL ASSOCIATION, EIN: 41-1973763;
21. Katie Marcon acting through KATIE MARCON, an Individual;
22. Office of Senior Vice President and Counsel, FIRSTKEY HOLDINGS, LLC (National Mortgage Loan Servicer, ID 357510);
23. David A. Essex acting through DAVID A ESSEX, an Individual;
24. Office of the Member and Chief Financial Officer, FIRSTKEY HOLDINGS, LLC;
25. Melissa A. Rosal acting through MELISSA A ROSAL, an Individual;
26. TOWD POINT MASTER FUNDING TRUST 2021 PM-1;
27. FIRSTKEY MASTER FUNDING 2021-A COLLATERAL TRUST;
28. Anthony Waddell acting through Waddell Anthony doing business as ANTHONY WADDELL, an Individual;
29. Office of the Partner Kelley Clarke, PLLC aka KELLEY CLARKE, PLLC;
30. Dugan P. Kelley acting through DUGAN P KELLEY, an Individual;
31. Matthew M. Clarke acting through MATTHEW M CLARKE, an Individual;
32. Steven W. Pite acting through STEVEN W PITE, an Individual;
33. Tammy Laird acting through TAMMY LAIRD, an Individual;
34. Arianna L. Black acting through ARIANNA L BLACK, an Individual;
35. Office of the President CLEAR RECON CORP.;
36. Office of the Treasurer CLEAR RECON CORP.;
37. Jeffrey T. Garrity acting through JEFFREY T GARRITY, an Individual;
38. Office of the President THE ESCROW GROUP, INC.;
39. Office of Registered National Mortgage Loan Service FIRSTKEY Mortgage, LLC,

ID 1732677, Head of Servicing Oversight;

40. Susan Marie Sinn acting through SUSAN MARIE SINN, an Individual;
42. Office of Managing Partner, ALDRIDGE | PITE, LLP;
43. Office of Manager STOX POSTING AND PUBLISHING, LLC
aka STOX POSTING & PUBLISHING, LLC aka
STOX, an Out of state, California Secretary of State and
California Franchise Tax Board forfeited limited liability company;
44. Office of the California Secretary of State;
45. Spencer McMullen acting through SPENCER MCMULLEN, an Individual;
46. Office of the Chief Financial Officer, QUALITY MORTGAGE GROUP;
47. Spencer McMullen acting through SPENCER MCMULLEN, an Individual;
48. Ron Lloyd acting through RON LLOYD, an Individual;
49. Office of the President FIDELITY NATIONAL
TITLE INSURANCE COMPANY;
50. Ron Lloyd acting through RON LLOYD, an Individual;
51. John J. Pinto acting through JOHN J PINTO, an Individual;
52. Office of the Chief Financial Officer NEW YORK COMMUNITY BANK;
53. William Nunan acting through BILL NUNAN, an Individual;
54. Office of Chief Accounting Officer NYCB MORTGAGE COMPANY, LLC;
55. William Beckmann acting through BILL BECKMANN, an Individual;
56. Office of Chief Executive Office MERSCROP HOLDINGS, INC.;
57. Office of Chief Executive Office MERSCORP, INC.;
58. Chief Executive Office MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC.;
59. Office of the Commissioner DEPARTMENT OF THE TREASURY,
INTERNAL REVENUE SERVICE;
60. Joan Hartmann acting through JOAN HARTMANN, an Individual;
61. Office of the Chair County Board of Supervisors, Government of
COUNTY OF SANTA BARBARA;
62. Joseph E. Holland acting through JOSEPH E HOLLAND, an Individual;
6. Office of the Clerk – Recorder
COUNTY OF SANTA BARBARA CALIFORNIA;
64. Rebecca Bjork acting through REBECCA BJORK, an Individual;
65. Office of the City Administrator/Clerk/Treasurer
CITY OF SANTA BARBARA CALIFORNIA; and
66. DOES 1- 30, Inclusive.

B2500A (Form 2500A) (12/15)

# United States Bankruptcy Court

_____Central_____ **District Of** __California__

In re   JOHN K REED,
____AN UNMARRIED MAN_____,
Debtor
john kenneth: reed, acting through
John Kenneth Reed, "Natural Person,"
sui generis, sui juris, Equity Interest Holder:
John K Reed aka REED, JOHN KENNETH

          Plaintiff

          v.

___See Exhibit "1" Attached List___
          Defendant

Case No. __9:22-bk-10552-RC__
          Assigned: Hon. Ronald Clifford III

Chapter __13_____

Adv. Proc. No. _____

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

          Address of the clerk:

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

          Name and Address of Plaintiff's Attorney:

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

_____ (Clerk of the Bankruptcy Court)

     Date: _____     By: _____(Deputy Clerk)

**United States Bankruptcy Court**
**Central District of California - Northern Division**
(Santa Barbara)

In re JOHN K REED, AN UNMARRIED MAN, Debtor
**Case No. 9:22-bk-10552-RC, Chapter 13**
Assigned: Hon. Ronald Clifford III

**Exhibit "1"**
**Attached List of Respondents / Defendants**

1. Debtor, Surety: Social Security Administration Account: XXX-XX-3460 is the Individual Surety (vital record derived), the property of the United States Social Security Administration, Office of the Commissioner;
2. Kilolo Kijakazi acting through KIKOLO KIJAKAZI, an Individual;
3. Office of the General Counsel "OGC," Region IX, Peter K. Thompson (Acting);
4. Office of Chief Executive Officer, Governor STATE OF CALIFORNIA;
5. Office of the California Attorney General;
6. Robert Andres Bonta acting through ROB BONTA, doing business as Bonta, Robert Andres #202668; STATE OF CALIFORNIA, operating through "JOHN KENNETH REED, Estate," a commercial trade and tax franchise;
7. Gavin Newsom acting through GAVIN NEWSOM, an Individual;
8. "STATE OF CALIFORNIA, JOHN KENNETH REED, Estate.",
9. "JOHN K REED, AN UNMARRIED MAN,"
10. "JOHN K REED,"
11. "JOHN REED,"
12. "JK REED.";
13. Elizabeth F. Rojas acting through ELIZABETH F. ROJAS, an Individual;
14. Peter C. Anderson acting through PETER C. ANDERSON an Individual;
15. Office the United States Trustee, Region 16;
16. Office of the Chapter 13 Trustee Northern Division Region 16;
17. Elizabeth F. Rojas acting through ELIZABETH F. ROJAS, an Individual;
18. Justin Crowley acting through JUSTIN CROWLEY, an Individual;
19. Office of the Chief Financial Officer SELECT PORTFOLIO SERVICING, INC.;
20. Melissa A. Rosal acting through MELISSA A ROSAL, an Individual;
21. Office of the Vice-President, U.S. BANK TRUST NATIONAL ASSOCIATION, EIN: 41-1973763;
22. Katie Marcon acting through KATIE MARCON, an Individual;
23. Office of Senior Vice President and Counsel, FIRSTKEY HOLDINGS, LLC (National Mortgage Loan Servicer, ID 357510);
24. David A. Essex acting through DAVID A ESSEX, an Individual;
25. Office of the Member and Chief Financial Officer, FIRSTKEY HOLDINGS, LLC;
26. Melissa A. Rosal acting through MELISSA A ROSAL;
27. TOWD POINT MASTER FUNDING TRUST 2021 PM-1;
28. FIRSTKEY MASTER FUNDING 2021-A COLLATERAL TRUST;
29. Anthony Waddell acting through Waddell Anthony doing business as ANTHONY WADDELL, an Individual;
30. Office of the Partner Kelley Clarke, PLLC aka KELLEY CLARKE, PLLC;
31. Dugan P. Kelley acting through DUGAN P KELLEY, an Individual;
32. Matthew M. Clarke acting through MATTHEW M CLARKE, an Individual;
33. Steven W. Pite acting through STEVEN W PITE, an Individual;
34. Tammy Laird acting through TAMMY LAIRD, an Individual;
35. Arianna L. Black acting through ARIANNA L BLACK, an Individual;
36. Office of the President CLEAR RECON CORP.;
37. Office of the Treasurer CLEAR RECON CORP.;
38. Jeffrey T. Garrity acting through JEFFREY T GARRITY, an Individual;
39. Office of the President THE ESCROW GROUP, INC.;
40. Office of Registered National Mortgage Loan Service FIRSTKEY Mortgage, LLC, ID 1732677, Head of Servicing Oversight;
41. Susan Marie Sinn acting through SUSAN MARIE SINN, an Individual;

42. Office of Managing Partner, ALDRIDGE | PITE, LLP;
43. Office of Manager STOX POSTING AND PUBLISHING, LLC aka STOX POSTING & PUBLISHING, LLC aka STOX , an Out of state, California Secretary of State and California Franchise Tax Board forfeited limited liability company;
44. Office of the California Secretary of State;
45. Spencer McMullen acting through SPENCER MCMULLEN, an Individual;
46. Office of the Chief Financial Officer, QUALITY MORTGAGE GROUP;
47. Spencer McMullen acting through SPENCER MCMULLEN, an Individual;
48. Ron Lloyd acting through RON LLOYD, an Individual;
49. Office of the President FIDELITY NATIONAL TITLE INSURANCE COMPANY;
50. Ron Lloyd acting through RON LLOYD, an Individual;
51. John J. Pinto acting through JOHN J PINTO, an Individual;
52. Office of the Chief Financial Officer NEW YORK COMMUNITY BANK;
53. William Nunan acting through BILL NUNAN, an Individual;
54. Office of Chief Accounting Officer NYCB MORTGAGE COMPANY, LLC;
55. William Beckmann acting through BILL BECKMANN, an Individual;
56. Office of Chief Executive Office MERSCROP HOLDINGS, INC.;
57. Office of Chief Executive Office MERSCORP, INC.;
58. Chief Executive Office MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.;
59. Office of the Commissioner DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE;
60. Joan Hartmann acting through JOAN HARTMANN, an Individual;
61. Office of the Chair County Board of Supervisors, Government of COUNTY OF SANTA BARBARA;
62. Joseph E. Holland acting through JOSEPH E HOLLAND, an Individual;
6. Office of the Clerk – Recorder COUNTY OF SANTA BARBARA CALIFORNIA;
64. Rebecca Bjork acting through REBECCA BJORK, an Individual;
65. Office of the City Administrator/Clerk/Treasurer CITY OF SANTA BARBARA CALIFORNIA; and
66. DOES 1- 30, Inclusive, Respondent(s)

B2500A (Form 2500A) (12/15)

# CERTIFICATE OF SERVICE

I, _____(name), certify that service of this summons and a copy of the complaint was made _____(date) by:

❑    Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

❑    Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

❑    Residence Service: By leaving the process with the following adult at:

❑    Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

❑    Publication: The defendant was served as follows: [Describe briefly]

❑    State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____    Signature _____

Print Name: _____

Business Address: _____

_____

B1040 (FORM 1040) (12/15)

| ADVERSARY PROCEEDING COVER SHEET<br>(Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|

**PLAINTIFFS**
john kenneth: reed, acting through John Kenneth Reed, *sui generis, sui juris*; John K Reed aka JOHN K REED, JK REED,

**DEFENDANTS**

**DEFENDANTS LIST ATTACHED AS EXHIBIT 'A'**

**ATTORNEYS** (Firm Name, Address, and Telephone No.)
REED, JOHN KENNETH,
C/O 315 Meigs Road, A403
Santa Barbara, California ["93109"].

**ATTORNEYS** (If Known)

**PARTY** (Check One Box Only)
- ☐ Debtor      ☐ U.S. Trustee/Bankruptcy Admin
- ☐ Creditor    ☑ Other
- ☐ Trustee     Issuer, Transferor, Beneficiary

**PARTY** (Check One Box Only)
- ☐ Debtor      ☐ U.S. Trustee/Bankruptcy Admin
- ☐ Creditor    ☑ Other
- ☐ Trustee     Gift Tax Obligated Donees and Transferees

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)
Adverse claim:  Verification and Validation of Debt; Statement of Equitable Accounting by Servicer/Investor/Creditor; Return of Original Note and Original Deed of Trust; Breach of Fiduciary Duty; Release of Lien; Discharge;
26 U.S.C. 11, 856(e)(5), 2603, 2612; IRM 5.17.13.2.3.; 31 U.S.C. 3713; 50 U.S.C. 4301-4305(b)(2), *et seq.*

**NATURE OF SUIT**

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
- ☐ 11-Recovery of money/property - §542 turnover of property
- ☐ 12-Recovery of money/property - §547 preference
- ☐ 13-Recovery of money/property - §548 fraudulent transfer
- ☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
- ☑ [1] 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
- ☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
- ☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
- ☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
- ☑ [2] 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
- ☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
- ☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

**(continued next column)**

**FRBP 7001(6) – Dischargeability (continued)**
- ☐ 61-Dischargeability - §523(a)(5), domestic support
- ☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
- ☐ 63-Dischargeability - §523(a)(8), student loan
- ☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
- ☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
- ☐ 71-Injunctive relief – imposition of stay
- ☑ [5] 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
- ☑ [3] 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
- ☑ [4] 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
- ☐ 01-Determination of removed claim or cause

**Other**
- ☐ SS-SIPA Case – 15 U.S.C. §§78aaa *et.seq.*
- ☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☑ Check if a jury trial is demanded in complaint | Demand $2,750,000.00. USD<br>Two Million Seven Hundred Fifty Thousand Dollars and Zero Cents |

Other Relief Sought
Verification and Validation of Debt Collection in compliance with Fair Debt Collection Practices Act.

B1040 (FORM 1040) (12/15)

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR<br>**JOHN K REED, AN UNMARRIED MAN.** | BANKRUPTCY CASE NO.<br>9:22-bk-10552-RC | |
| DISTRICT IN WHICH CASE IS PENDING<br>Central District of California, Northern Division | DIVISION OFFICE<br>Suite 1634; Courtroom 1639 | NAME OF JUDGE<br>Honorable Ronald A Clifford III, successor or assign |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF)<br><br>*John K Reed* | | |
| DATE<br>Time:<br>The __15__ day of November, year Two Thousand Twenty-Two | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>john kenneth, family: reed, *sui generis, sui juris,*<br>acting through John Kenneth Reed | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.