**PETER C. ANDERSON**
**UNITED STATES TRUSTEE**
Kenneth M. Misken
Assistant U.S. Trustee
Kristin T. Mihelic, Bar No. 278483
Trial Attorney
**UNITED STATES TRUSTEE**
915 Wilshire Blvd., Suite 1850
Los Angeles, California 90017
Telephone: (213) 894-6811
Facsimile: (213) 894-0276
E-mail: Kristin.t.mihelic@usdoj.gov



FILED & ENTERED

NOV 21 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY handy    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# NORTHERN DIVISION

| | |
|---|---|
| In re:<br><br>**JOHN KENNETH REED**,<br><br>                Debtor. | Case No.: 9:22-bk-10552-RC<br><br>Chapter 13<br><br>**ORDER GRANTING MOTION TO DISMISS CASE PURSUANT TO 11 U.S.C. § 1307(c) WITH A TWO-YEAR BAR TO REFILING PURSUANT TO 11 U.S.C. §§ 105(a) AND 349(a)**<br><br>Date: November 17, 2022<br>Time: 10:00 am.<br>Ctrm: 201 by ZoomGov |

      A hearing was held on the United States Trustee's Motion to Dismiss Case Pursuant to 11 U.S.C. § 1307(c) With A Two-Year Bar to Refiling Pursuant to 11 U.S.C. §§ 105(a) and 349(a) ("Motion") with appearances as noted on the record. Having considered the Motion and the record, and good cause appearing therefore:

      IT IS HEREBY ORDERED that the case is dismissed pursuant to 11 U.S.C. § 1307(c).

      IT IS FURTHER ORDERED that John Kenneth Reed is barred from being a debtor in any chapter for a period of two years pursuant to 11 U.S.C. §§ 105(a) and 349(a), without first filing an application with notice to the United States Trustee and obtaining permission of the Court.

IT IS FURTHER ORDERED that the Adversary Proceeding entitled *Reed v. United States Social Security Administration, et al.*, Case No. 9:22-ap-01060-RC, filed herein is hereby dismissed.

IT IS FURTHER ORDERED that the Motion to Quash Subpoena and for a Protective Order filed by Justin Crowley (Docket No. 27) is ordered off-calendar as moot.

###

Date: November 21, 2022

Ronald A. Clifford III
United States Bankruptcy Judge

2