United States Bankruptcy Court

Central District of California

Reed,

    Plaintiff

United States Social Security Administra,

    Defendant

Adv. Proc. No. 22-01060-RC

# CERTIFICATE OF NOTICE

| District/off: 0973-9 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 21, 2022 | Form ID: pdf031 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | John Kenneth Reed, 315 Meigs Rd A-403, Santa Barbara, CA 93109-1900 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | Anthony Waddell |
| dft | | Arianna L. Black |
| dft | | Chief Executive Office Mortgage Electronic Registr |
| dft | | DOES 1-30, Inclusive |
| dft | | David A. Essex |
| dft | | Dugan P. Kelley |
| dft | | Elizabeth F. Rojas |
| dft | | FirstKey Master Funding 2021-A Collateral Trust |
| dft | | Gavin Newsom |
| dft | | JK Reed |
| dft | | Jeffrey T Garrity |
| dft | | Joan Hartmann |
| dft | | John J. Pinto |
| dft | | John K Reed |
| dft | | John K Reed |
| dft | | John Reed |
| dft | | Joseph E. Holland |
| dft | | Justin Crowley |
| dft | | Katie Marcon |
| dft | | Kilolo Kijakazi |
| dft | | Matthew M. Clarke |
| dft | | Melissa A. Rosal |
| dft | | Office of Chief Accounting Officer NYCB Mortgage C |
| dft | | Office of Chief Executive Office Merscorp, Inc. |
| dft | | Office of Chief Executive Office Merscrop Holdings |
| dft | | Office of Chief Executive Officer, Governor State |
| dft | | Office of Manager Stox Posting and Publishing, LLC |
| dft | | Office of Managing Partner, Aldridge Pite, LLP |
| dft | | Office of Registered National Mortgage Loan Servic |
| dft | | Office of Senior Vice President and Counsel, First |
| dft | | Office of the California Attorney General |
| dft | | Office of the California Secretary of State |
| dft | | Office of the Chair County Board of Supervisors, G |
| dft | | Office of the Chapter 13 Trustee Northern Division |

| District/off: 0973-9 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 21, 2022 | Form ID: pdf031 | Total Noticed: 1 |

| | |
|---|---|
| dft | Office of the Chief Financial Officer New York Com |
| dft | Office of the Chief Financial Officer Select Portf |
| dft | Office of the Chief Financial Officer, Quality Mor |
| dft | Office of the City Administrator/Clerk/Treasurer C |
| dft | Office of the Clerk- Recorder County of Santa Barb |
| dft | Office of the Commissioner Department of the Treas |
| dft | Office of the General Counsel "OGC" Region IX, Pet |
| dft | Office of the Member and Chief Financial Officer, |
| dft | Office of the Partner Kelley Clarke, PLLC |
| dft | Office of the President Clear Recon Corp |
| dft | Office of the President Fidelity National Title In |
| dft | Office of the President The Escrow Group, Inc. |
| dft | Office of the Treasurer Clear Recon Corp |
| dft | Office of the Trustee's Vice-President U.S. Bank T |
| dft | Office of the United States Trustee, Region 16 |
| dft | Office of the Vice-President, U.S. Bank Trust Nati |
| dft | Peter C. Anderson |
| dft | Rebecca Bjork |
| dft | Robert Andres Bonta |
| dft | Ron Lloyd |
| dft | Spencer McMullen |
| dft | State of California, John Kenneth Reed Estate |
| dft | Steven W. Pite |
| dft | Susan Marie Sinn |
| dft | Tammy Laird |
| dft | Towd Point Master Funding Trust 2021 PM-1 |
| dft | United States Social Security Administration |
| dft | William Beckmann |
| dft | William Nunan |

TOTAL: 63 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2022                Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Elizabeth (ND) F Rojas (TR) | cacb_ecf_nd@ch13wla.com |
| United States Trustee (ND) | ustpregion16.nd.ecf@usdoj.gov |

TOTAL: 2

**PETER C. ANDERSON**
**UNITED STATES TRUSTEE**
Kenneth M. Misken
Assistant U.S. Trustee
Kristin T. Mihelic, Bar No. 278483
Trial Attorney
**UNITED STATES TRUSTEE**
915 Wilshire Blvd., Suite 1850
Los Angeles, California 90017
Telephone: (213) 894-6811
Facsimile: (213) 894-0276
E-mail: Kristin.t.mihelic@usdoj.gov

FILED & ENTERED

NOV 21 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY handy     DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### NORTHERN DIVISION

| | |
|---|---|
| In re: | Case No.: 9:22-bk-10552-RC |
| **JOHN KENNETH REED**, | Chapter 13 |
| Debtor. | **ORDER GRANTING MOTION TO DISMISS CASE PURSUANT TO 11 U.S.C. § 1307(c) WITH A TWO-YEAR BAR TO REFILING PURSUANT TO 11 U.S.C. §§ 105(a) AND 349(a)** |
| | Date:  November 17, 2022<br>Time:  10:00 am.<br>Ctrm:  201 by ZoomGov |

A hearing was held on the United States Trustee's Motion to Dismiss Case Pursuant to 11 U.S.C. § 1307(c) With A Two-Year Bar to Refiling Pursuant to 11 U.S.C. §§ 105(a) and 349(a) ("Motion") with appearances as noted on the record.  Having considered the Motion and the record, and good cause appearing therefore:

IT IS HEREBY ORDERED that the case is dismissed pursuant to 11 U.S.C. § 1307(c).

IT IS FURTHER ORDERED that John Kenneth Reed is barred from being a debtor in any chapter for a period of two years pursuant to 11 U.S.C. §§ 105(a) and 349(a), without first filing an application with notice to the United States Trustee and obtaining permission of the Court.

IT IS FURTHER ORDERED that the Adversary Proceeding entitled *Reed v. United States Social Security Administration, et al.*, Case No. 9:22-ap-01060-RC, filed herein is hereby dismissed.

IT IS FURTHER ORDERED that the Motion to Quash Subpoena and for a Protective Order filed by Justin Crowley (Docket No. 27) is ordered off-calendar as moot.

# # #

Date: November 21, 2022

Ronald A. Clifford III
United States Bankruptcy Judge